UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RENEA MARIE WRIGHT,

    Plaintiff,

v.

    Case No. 18-13885

    HON. MARK A. GOLDSMITH

RIDE CORP, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

On January 3, 2019, because the Court could not determine whether Plaintiff Renea Marie Wright qualified to proceed in forma pauperis based on her application (Dkt. 2), the Court issued an order directing Wright to submit documentation supporting her application on or before February 4, 2019 (Dkt. 3). Wright did not submit the necessary supporting documentation to the Court by February 4. The Court, therefore, denied Wright's application and directed her to pay the filing fee on or before February 20, 2019. The Court notified Wright that if no filing fee was paid before February 20, her case would be dismissed without prejudice (Dkt. 4). No filing fee has been paid. Accordingly, this case is **DISMISSED** without prejudice.

    SO ORDERED.

Dated: March 4, 2019                      s/Mark A. Goldsmith
   Detroit, Michigan                  MARK A. GOLDSMITH
                                                United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 4, 2019.

s/Kristen MacKay for Karri Sandusky
Case Manager
